IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Macy Kirkland, | : |
|     Plaintiff/Counterclaim Defendant, | : Case No. 1:22-cv-414 |
| v. | : Judge Susan J. Dlott |
| Environmental Landscape, LLC, *et al.*, | : Third Order on Mediation Binders |
|     Defendants/Counterclaim Plaintiffs. | : |

Pursuant to the Court's November 13, 2023 Order on Mediation Binders, counsel for Defendants delivered to the Court for *in camera* review two sets binders prepared by Plaintiff and provided to Defendants only for the purposes of mediation. The Court has completed its *in camera* review.

The mediation binders were organized, annotated, and highlighted in a way to illustrate how Plaintiff intends to prove her claims and the amount of damages. As such, they constitute protected work product. However, Defendants' attorney Daniel Izenson flagged, highlighted, and made annotations on multiple pages within the set of binders he was provided for the mediation. The highlights and written annotations are Defendants' protected work product. The Court orders that the mediation binders should be returned to Plaintiff with the following conditions and exceptions:

1. The Court will remove from the binders all pages that contain highlighting or written annotations made by attorney Izenson. Defendants will be permitted to retain those pages only.

2. The Court will insert blank sheets of colored paper into the binders to indicate which pages from the mediation binders Defendants were permitted to retain.

3. The Court will remove all Post-it style flags attorney Izenson used to mark pages that he

1

did not otherwise highlight or annotate. Those pages will remain in the binders to be returned to Plaintiff.

The binders and binder pages are available for Plaintiff's and Defendants' attorneys to pick up from Chambers starting Wednesday, December 13, 2023.

**IT IS SO ORDERED.**

BY THE COURT:

_____
Susan J. Dlott
United States District Judge

2